FILED

12/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0410

_____

CRAZY MOUNTAIN CATTLE CO., RICHARD
JARRETT, and ALFRED ANDERSON,

      Plaintiffs and Appellants,

  v.

WILD EAGLE MOUNTAIN RANCH, ENGWIS
INVESTMENT COMPANY, LTD., a Montana
limited partnership, and R.F. BUILDING
COMPANY, LP, a Montana limited partnership,

      Defendants and Appellees.

                                  O R D E R

_____

The Court has received notice that Appellants Crazy Mountain Cattle Co., Richard Jarrett, and Alfred Anderson have reached a settlement with two appellees, Rock Creek Ranch I, LTD, a Texas limited partnership, and Yellowstone River Ranch, d/b/a Diana's Great Idea, LLC, a Montana limited liability company. Therefore,

IT IS HEREBY ORDERED that Appellants Rock Creek Ranch I, LTD and Yellowstone River Ranch, d/b/a Diana's Great Idea, LLC are dismissed from this appeal with prejudice. The caption is amended to reflect the current parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2021